# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2767
LT Case No. 2022-CA-001682

_____

SHERI SLUSHER,

 Appellant,

 v.

CITY OF CASSELBERRY, FLORIDA
and STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

 Appellees.

_____

On appeal from the Circuit Court for Seminole County.
Susan Stacy, Judge.

Michael Gulisano, of Gulisano Law, PLLC, Boca Raton, for
Appellant.

Jeffrey S. Weiss and Erin J. O'Leary, of Garganese, Weiss,
D'Agresta & Salzman, P.A., Orlando, for Appellee, City of
Casselberry.

Warren B. Kwavnick, of The Law Office of Warren B. Kwavnick,
PLLC, Pembroke Pines, and Brandy D. Rood, of Law Offices of
Wilkerson & Rood, PA, DeLand, for Appellee, State Farm Mutual
Automobile Insurance Company.


December 23, 2025

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and SOUD, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____